# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 13, 2018

**Before**

WILLIAM J. BAUER, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 17-1954

| | |
|---|---|
| ALEJANDRO MORENO, | Appeal from the United States District |
|     *Plaintiff-Appellant*, | Court for the Northern District of |
| | Illinois, Eastern Division. |
|     *v.* | |
| | No. 1:15-cv-11168 |
| NANCY BERRYHILL, | |
| Acting Commissioner of Social Security, | Sidney I. Schenkier, *Magistrate Judge*. |
|     *Defendant-Appellee*. | |

## O R D E R

The Acting Commissioner of Social Security has filed a petition for panel rehearing in which she requests that the panel delete one sentence of the opinion issued on February 16, 2018. The sentence, which appears on page 13 of the slip opinion, states: "We have made clear, however, that ALJs are not qualified to evaluate medical records themselves, but must rely on expert opinions." The Acting Commissioner suggests that, when severed from its factual context, the sentence could be read as holding that ALJs are forbidden in all circumstances from independently evaluating medical records. She therefore requests that we substitute the following, more tailored language: "That assessment was not justified under the circumstances of this case."

The petition is granted.   The sentence suggested by the Acting Secretary will be substituted as requested and is reflected in the attached amended opinion.